COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-292-CR

CRYSTAL ANN FONNER               APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 
DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant’s Motion To Dismiss” and “Motion To Expedite Mandate.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f).  Upon agreement of the parties, the mandate will issue immediately.  
See id.
 18.1(c)

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and DAY, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

(DELIVERED March 13, 2003) 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.